

49 Market Street
Morristown, NJ  07960
973.992.4800  973.992.9125
www.foxrothschild.com

Catherine Youngman
Office Managing Partner

The motion to adjourn is denied.
Date: December 15, 2025

BRIAN J. FREDERICK
Direct No: 973.548.3398
Email: bfrederick@foxrothschild.com

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

December 12, 2025

**VIA ECF**
Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

   **RE: McKinley v. PSK Supermarkets, Inc., et al.**
     **Case No. 1:25-cv-07438-LJL**

Dear Judge Liman:

  This firm represents defendants PSK Supermarkets, Inc., Noah Katz, Ed Hunt, and Felix Porteral, (collectively, "Defendants") in the above-referenced matter. Pursuant to Your Honor's Individual Practices in Civil Cases, Defendants respectfully request an adjournment of the parties' currently scheduled December 17, 2025, Initial Pretrial Conference (ECF No. 12). Defendants' Motion to Dismiss the Complaint (ECF No. 12) is currently pending before the Court, and Defendants are requesting that the Initial Pretrial Conference be adjourned and held, if necessary, following the disposition of the pending Motion to Dismiss. Defendants have not requested any other adjournments or extensions of time in this matter. *Pro se* plaintiff Robert McKinley has not provided his consent to this request, and the reason for his refusal is unclear. There are no other scheduled dates that would be affected by this requested adjournment.

A Pennsylvania Limited Liability Partnership

California Colorado Delaware District of Columbia Florida Georgia Illinois Massachusetts Minnesota Missouri
Nevada New Jersey New York North Carolina Oklahoma Pennsylvania South Carolina Texas Washington

180150402

December 12, 2025
 Page 2


           The Court's attention to this matter is greatly appreciated.

Respectfully Submitted,

 FOX ROTHSCHILD LLP


*Brian J. Frederick*

 Brian J. Frederick

 Encl.

 cc: Robert McKinley, Jr. (via Email & Regular Mail)


180150402