UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
Robert McKinley Jr.,                                                :
                                                                    :
                                  Plaintiff,                        :
                                                                    :           25-cv-7438 (LJL)
                -v-                                                 :
                                                                    :           ORDER
PSK Supermarkets, Inc. et al.,                                      :
                                                                    :
                                  Defendants.                       :
                                                                    :
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2025

LEWIS J. LIMAN, United States District Judge:

The Court held an initial conference in this matter on December 17, 2025.  This Order memorializes the Court's oral rulings at that conference.  Plaintiff shall submit any opposition to the Defendants' motion to dismiss by January 26, 2026.  Defendants shall submit their reply by February 9, 2026.

The Court has also referred the parties to Magistrate Judge Moses for the purposes of settlement.  It is ORDERED that the Clerk of Court shall attempt to locate *pro bono* counsel to represent Plaintiff for the limited purpose of settlement before Judge Moses.  *Pro bono* counsel will contact Plaintiff directly.[1]  *Pro bono* counsel will represent Plaintiff solely for the purposes of settlement, and that representation will terminate at the conclusion of the mediation process.

In addition, Plaintiff is informed that instructions for pro-se petitioners to consent to receive documents electronically is available on the Court's website at nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.  Other resources for pro

---

[1] Because volunteer attorneys are a scarce resource, *pro se* litigants are not entitled to their choice of *pro bono* counsel.  *Cf. Cooper v. Sargenti*, 877 F.2d 170, 172–73 (2d Cir. 1989).  If Plaintiff chooses not to work with the volunteer attorney that reaches out to Plaintiff, Plaintiff's options are to obtain new counsel on his own or proceed *pro se* in all aspects of this matter, including settlement.

se litigants are at nysd.uscourts.gov/prose.  The phone number and email for the City Bar Justice

Center are available through that webpage as well.   Plaintiff is advised that due to the volume of

parties who are self-represented in this Court and who seek the services of the City Bar Justice

Center there may be significant waiting time before Plaintiff is able to obtain an appointment.

Assuming that Plaintiff timely seeks an appointment, the Court will be receptive to a request for

an extension on the grounds that Plaintiff has not been able to meet with a representative of the

City Bar Justice Center.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: December 18, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge