

**CITY BAR JUSTICE CENTER**

**Federal Pro Se Legal Assistance Project SDNY**
City Bar Justice Center

January 28, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2026
```

**Via ECF**
The Honorable Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:     *McKinley Jr. v. PSK Supermarkets, Inc. d/b/a Foodtown et al*
        Case No. 1:25-cv-07438-LJL

Dear Judge Moses,

The City Bar Justice Center represents Plaintiff Robert McKinley for settlement purposes. I submit this letter, with the consent of Defendants' counsel, to request a morning settlement conference on February 10 or 11, or March 11 or 12, due to a personal medical disability of one of the parties.

Respectfully submitted,

Natalie Tecimer
Staff Attorney
City Bar Justice Center
42 W. 44th Street
New York, NY 10036

Application GRANTED. The settlement conference previously scheduled for February 10, 2026, is hereby ADJOURNED to **March 11, 2026, from 9:00 a.m. to 12:00 p.m.,** in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (see Dkt. 21, ¶ 3, 4), no later than **March 4, 2026**. All other provisions of the Court's January 15, 2026 Order Scheduling Settlement Conference (Dkt. 21) remain in effect. SO ORDERED.

Barbara Moses
United States Magistrate Judge
January 29, 2026