UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                         :

Robert McKinley, Jr.,                 :

                  :

         Plaintiff,       :

                  :         25-cv-7438 (LJL)

    -v-               :

                  :          ORDER

PSK Supermarkets, Inc. et al.,     :

                  :

        Defendants.     :

                  :
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2026

LEWIS J. LIMAN, United States District Judge:

     The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order.  Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

     SO ORDERED.

Dated: March 11, 2026
      New York, New York        _____
                                     LEWIS J. LIMAN
                           United States District Judge